█ MURIEL BROOKS et al., Appellants, v. FISCHER BAKING COMPANY et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.